# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ISAI PONCE MUNOZ,

    Petitioner,

v.

BLANCA ESTELA BUENROSTRO DIAZ,

    Respondent.

CIVIL ACTION NO.: 4:22-cv-9

**O R D E R**

This matter is currently pending before the Court on a Petition filed by Isai Ponce Munoz requesting the return of his minor children, H.E.P.B. and E.I.P.B., pursuant to the Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction, 22 U.S.C. § 9001 (the "Hague Convention") and the International Abduction Remedies Act ("ICARA"). Additionally, Petitioner motioned the Court for an expedited consideration of the Petition and for a temporary restraining order requiring Respondent to remain within this Court's jurisdiction until an evidentiary hearing is held and to relinquish Respondent's passport and any passports for the minor children in furtherance of the requested travel restrictions. (Docs. 4 and 5.) On January 25, 2022, this Court granted the Petitioner's requests, directed the United States Marshall Service to effect service on the Respondent; and scheduled an Initial Hearing for January 28, 2022. (Docs. 8-10.)

The United States Marshall Service served the Respondent on January 26, 2022, and subsequently informed the Court that Respondent spoke no English. Additionally, on January 27, 2022, through communications to the undersigned's courtroom deputy clerk, the Court was

informed that Respondent would appear for the January 28, 2022 Initial Hearing without representation by counsel and again confirming that Respondent does not speak English.

Therefore, due to the standard expedited procedures required by the statute for cases brought pursuant to 22 U.S.C. § 9001 (the "Hague Convention") and pursuant to the provisions provided under 28 U.S.C. § 1827, the Court **FINDS** that an interpreter is required and should be designated in this case for purposes of assisting the Court in communicating with the Respondent Blanca Estela Buenrostro Diaz.  Thus, it is hereby **ORDERED** that Julia Davis, or any otherwise competent interpreter is designated to serve as interpreter in this case for the initial appearance and any additional proceedings as designated by the Court.

**SO ORDERED**, this 28th day of January, 2022

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA