AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ISAI PONCE MUNOZ,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-9

BLANCA ESTELA BUENROSTRO DIAZ,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 9, 2023, the Petitioner's Motion and Application for Award of Fees and Costs is granted in part and denied in part. Therefore, Petitioner Isai Ponce Munoz is awarded $48,940.02 in fees and expenses against Respondent Blanca Estela Buenrostro Diaz. There being no further requests for relief pending before the Court, this case stands closed.

Approved by: _[signature]_

January 11, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_[signature] Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020